# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8015, RGV-RGC-8038
Owner:  Roberto Rodriguez, Jr., *et al.*
Acres:  0.139

Tract:  RGV-RGC-8015

**Being** a 0.101 of one acre (4,408 square feet) parcel of land, more or less, being out of the Maria Marcela Martinez Survey, Abstract No. 130, Porción 83, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, and being out of a called 17.5 acre tract conveyed to Roberto Rodriguez, Trinidad Rodriguez, Encarnacion Rodriguez, Lazaro Rodriguez, Ascencion Rodriguez, Eva Rodriguez Garza and Maria Julia Perez by Affidavit of Heirship recorded in Volume 434, Page 202, Deed Records of Starr County, Texas (Tract 1), said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8015-8" for the south corner of Tract RGV-RGC-8015, said point being at the southeast corner of the 17.5 acre tract and the northeast corner of a called 4.56 acre tract conveyed to Maria Julia R. Perez, Ascencion R. Chapa, Eva R. Garza, Lazaro Rodriguez, Trinidad Rodriguez Jr. and Encarnacion J. Rodriguez by Partition Deed recorded in Volume 427, Page 502, Deed Records of Starr County, (Second Tract, Tract 7), being the same tract of land conveyed to Lazaro Rodriguez, Eva Rodriguez Garza, Encarnacion J. Rodriguez, Maclovio Perez, Jr., Maria P. Olivo, Jesus Rodriguez, Maria Azucena R. Salinas, Elia R. Zarate, David Rodriguez, Vilma R. Garza and Ascencion R. Chapa (Undivided 1/2 Interest) by Warranty Deed recorded in Volume 1072, Page 825, Official Records of Starr County, Texas and being the same tract of land conveyed to Elena Rodriguez Requenez, Ester Rodriguez Alvarado, Santo Rodriguez Rojas, Alejandro Rodriguez, Alfredo Santos Rodriguez, Roberto Rodriguez, Esperanza Rodriguez, Lucia Rodriguez and Consuelo Hinojosa (Undivided 1/2 Interest) by Quitclaim Deed recorded in Volume 434, Page 214, Deed Records of Starr County, Texas, said point being in the west line of a called 41.15 acre tract conveyed to Marcelo Montalvo by Warranty Deed recorded in Volume 357, Page 375, Deed Records of Starr County, Texas, said point having the coordinates of N=16647028.844, E=895865.608, said point bears S 84°26'53" E, a distance of 2107.27' from United States Army Corps of Engineers Control Point No. SS14-2019;

## SCHEDULE C (Cont.)

**Thence:** N 46°31'43" W (N 46°33'00" W, Record), departing the west line of the 41.15 acre tract, with the southwest line of the 17.5 acre tract and the northeast line of the 4.56 acre tract, for a distance of 131.27' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8015-7" for the northwest corner of Tract RGV-RGC-8015, said point being in the southwest line of the 17.5 acre tract and the northeast line of the 4.56 acre tract;

**Thence:** S 84°16'09" E, departing the northeast line of the 4.56 acre tract, over and across the 17.5 acre tract, for a distance of 109.72' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8016-2" for the northeast corner of Tract RGV-RGC-8015, said point being in the east line of the 17.5 acre tract and the west line of the 41.15 acre tract;

**Thence:** S 09°56'17" W (S 09°55'00" W, Record), with the east line of the 17.5 acre tract and the west line of the 41.15 acre tract, for a distance of 80.57' to the **Point of Beginning.**

## SCHEDULE C (Cont.)

Tract:  RGV-RGC-8038

**Being** a 0.038 of one acre (1,643 square feet) parcel of land, more or less, being out of the Maria Marcela Martinez Survey, Abstract No. 130, Porción 83, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, and being out of a called 12.8 acre tract conveyed to Roberto Rodriguez, Trinidad Rodriguez, Encarnacion Rodriguez, Lazaro Rodriguez, Ascencion Rodriguez, Eva Rodriguez Garza and Maria Julia Perez by Affidavit of Heirship recorded in Volume 434, Page 202, Deed Records of Starr County, Texas and being further described in Volume 434, Page 207, Deed Records of Starr County, Texas (Tract 2), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 5/8 rebar at the northwest corner of the 12.8 acre tract and the northeast corner of a called 1.17 acre tract conveyed to Eva R. Garza by Partition Agreement recorded in Volume 434, Page 412, Deed Records of Starr County, Texas (First: Second Tract), said point being in the south line of a called 4.56 acre tract conveyed to Maria Julia R. Perez, Ascencion R. Chapa, Eva R. Garza, Lazaro Rodriguez, Trinidad Rodriguez Jr. and Encarnacion J. Rodriguez by Partition Deed recorded in Volume 427, Page 502, Deed Records of Starr County, (Second Tract, Tract 7), being the same tract of land conveyed to Lazaro Rodriguez, Eva Rodriguez Garza, Encarnacion J. Rodriguez, Maclovio Perez, Jr., Maria P. Olivo, Jesus Rodriguez, Maria Azucena R. Salinas, Elia R. Zarate, David Rodriguez, Vilma R. Garza and Ascencion R. Chapa (Undivided 1/2 Interest) by Warranty Deed recorded in Volume 1072, Page 825, Official Records of Starr County, Texas and being the same tract of land conveyed to Elena Rodriguez Requenez, Ester Rodriguez Alvarado, Santo Rodriguez Rojas, Alejandro Rodriguez, Alfredo Santos Rodriguez, Roberto Rodriguez, Esperanza Rodriguez, Lucia Rodriguez and Consuelo Hinojosa (Undivided 1/2 Interest) by Quitclaim Deed recorded in Volume 434, Page 214, Deed Records of Starr County, Texas, said point having the coordinates of N=16646905.419, E=895504.324, said point bears S 79°19'25" E, a distance of 1766.68' from United States Army Corps of Engineers Control Point No. SS14-2019;

**Thence:** N 85°01'17" E (N 85°00'00" E, Record), with the north line of the 12.8 acre tract and the south line of the 4.56 acre tract, for a distance of 211.13' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8015-1=8038-1" for the **Point of Beginning** and west corner of Tract RGV-RGC-8038, said point being in the north line of the 12.8 acre tract and the south line of the 4.56 acre tract, said point having the coordinates of N=16646923.742, E=895714.653;

## SCHEDULE C (Cont.)

**Thence:** N 85°01'17" E (N 85°00'00" E, Record), continuing with the north line of the 12.8 acre tract and the south line of the 4.56 acre tract, for a distance of 135.10' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8015-9=8038-2" for the northeast corner of Tract RGV-RGC-8038, said point being at the northeast corner of the 12.8 acre tract and the southeast corner of the 4.56 acre tract, said point being in the west line of a called 41.15 acre tract conveyed to Marcelo Montalvo by Warranty Deed recorded in Volume 357, page 375, Deed Records of Starr County, Texas;

**Thence:** S 09°56'17" W (S 02°25'00" W, Record), with the east line of the 12.8 acre tract and the west line of the 41.15 acre tract, for a distance of 25.17' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8016-1=8038-3" for the southeast corner of Tract RGV-RGC-8038, said point being in the east line of the 12.8 acre tract and the west line of the 41.15 acre tract;

**Thence:** N 84°16'09" W, departing the west line of the 41.15 acre tract, over and across the 12.8 acre tract, for a distance of 130.90' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC—BEARING | REC—DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 84°26'53" E | 2107.27' | N/A | N/A |
| L2 | N 46°31'43" W | 131.27' | N 46°33'00" W | N/A |
| L3 | S 84°16'09" E | 109.72' | N/A | N/A |
| L4 | S 09°56'17" W | 80.57' | S 09°55'00" W | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16647028.844 | 895865.608 | RGV—RGC—8015—8 |
| 2 | 16647119.157 | 895770.342 | RGV—RGC—8015—7 |
| 3 | 16647108.202 | 895879.512 | RGV—RGC—8016—2 |



LEGEND

● 5/8" REBAR W/ "MDS" CAP FOUND

△ CONTROL POINT

⊙ FOUND MONUMENT

—○— UTILITY POLE

← GUY ANCHOR

CIV   CONCRETE IRRIGATION VALVE
CONC   CONCRETE
DRSC   DEED RECORDS OF STARR COUNTY
FWS   FWS ALUMINUM DISK FOUND
IRF   IRON ROD FOUND
ORSC   OFFICIAL RECORDS OF STARR COUNTY
PG   PAGE
POB   POINT OF BEGINNING
VOL   VOLUME

——————— ACQUISITION BOUNDARY
———— PL ———— PROPERTY LINE
—··—··—··—··— ADJOINING ACQUISITION BOUNDARY
— — — — — — EASEMENT LINE
——OHE—— OVERHEAD ELECTRIC
(#) SEE SHEET 5 & 6

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL REDTED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 06/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. TITLE RESEARCH WAS PROVIDED BY CRB—PLS, LLC (DATED JULY 11, 2023).

GRANTEES:

MARIA JESUS R. URGUIDEZ, TERESA R. CONTRERAS, ELSA R. WITTENBURG, ANTONIO JESUS REQUENEZ, JR., JOSE JAVIER REQUENEZ, GEORGE NORBERTO REQUENEZ, ALBERTO JOEL REQUENEZ, LUCIA A. GARZA, ALMA A. ADAM, MARIA MANUELITA OLIVAREZ, ALICIA A. PEREZ, CAROLINA A. KIRITKOS, DAVID D. ALVARADO, MARIA GRACIELA BENNACK, FELIX ALVARADO, ROSITA R. LAURELL, DELORES R. CAVAZOS, REBECCA R. GARZA, PETRA R. ALVAREZ, EDNA P. RODRIGUEZ, LINDA RAE BALLI, LIFE ESTATE, NICOLAS RAMON BALLI, ANN MACFORD BALLI, ANNA JEAN MARTINEZ, DEBRA GAIL BALLI, DONALD DAVIS BALLI, ALEJANDRO RODRIGUEZ, JR., MARICELA R. MARRODQUIN, JORGE LUIS RODRIGUEZ, GABRIEL RODRIGUEZ, LUCIA R. GARZA, CONSUELO R. HINOJOSA, ALBERTO RODRIGUEZ, ROBERTO RODRIGUEZ, DAVID A. RODRIGUEZ, IRDEL A. RODRIGUEZ, SANDRA R. RUIZ & EDWARD RODRIGUEZ









| METES & BOUNDS SURVEY MARIA JESUS R. URGUIDEZ, ET AL TRACT No. RGV-RGC-8015 |
|---|
| STARR COUNTY     TEXAS |

MDS PROJ. NO. 23-600-00    FILE NAME: RGV-RGC-8015    DATE: 2/2/2024

SHEET 4 OF 8

## SCHEDULE D (Cont.)

**(1)**

ROBERTO RODRIGUEZ, ET AL
CALLED 17.5 ACRES
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 1)

ALEJANDRO RODRIGUEZ, JR., ET AL
PROBATE
CAUSE NO. PR-93-3

ROSITA R. LAUREL, ET AL
AFFIDAVIT OF DEATH
& MARITAL HISTORY
VOL. 596, PG. 784 DRSC

EDWARD ALLEN BALLI, ET AL
DEED OF GIFT
VOL. 707, PG. 239 DRSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
& DEATH
DOC. NO. 2002-326928 ORSC
DOC. NO. 2020-358285 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
DOC. NO. 2015-326572 ORSC

MARIA JESUS R. URGUIDEZ, ET AL
PROBATE
CAUSE NO. PR-05-031

ROBERTO RODRIGUEZ
WARRANTY DEED
VOL. 1072, PG. 834 DRSC

DAVID A. RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1232, PG. 614 DRSC

NICOLAS BALLI, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1371, PG. 743 DRSC

LUCIA A. GARZA, ET AL
PROBATE
CAUSE NO. PR-10-46

EDNA P. RODRIGUEZ
PROBATE
CAUSE NO. 2015-PR-00188-2

REMAINING AREA: 17,399 ACRES

**(6)**

ENCARNACION J. RODRIGUEZ
CALLED 3.74 ACRES
PARTITION AGREEMENT
VOL. 434, PG. 412 DRSC
(FOURTH)

**(10)**

NO DEED OF
RECORD FOUND

**(2)**

MARIA JULIA R. PEREZ, ET AL
CALLED 4.56 ACRES
PARTITION DEED
VOL. 427, PG. 502 DRSC
(SECOND TRACT, TRACT 7)

ELENA RODRIGUEZ REQUENEZ, ET AL
(UNDIVIDED 1/2 INTEREST)
CALLED 4.56 ACRES
QUITCLAIM DEED
VOL. 434, PG. 214 DRSC

LAZARO RODRIGUEZ, ET AL
(UNDIVIDED 1/2 INTEREST)
REST ONE-HALF OF
CALLED 4.56 ACRES
WARRANTY DEED
VOL. 1072, PG. 825 DRSC

**(5)**

EVA R. GARZA
CALLED 1.17 ACRES
PARTITION AGREEMENT
VOL. 434, PG. 412 DRSC
(FIRST SECOND TRACT)

**(7)**

NO DEED OF
RECORD FOUND

**(8)**

MARIA JULIA R. PEREZ
CALLED 2.3 ACRES
PARTITION DEED
(FIFTH TRACT, TRACT 6)
VOL. 427, PG. 502 DRSC

**(9)**

EVA R. GARZA
CALLED 12.3 ACRES
PARTITION DEED
VOL. 427, PG. 502 DRSC
(SIXTH TRACT, TRACT 5)

**(3)**

MARCELO MONTALVO
WARRANTY DEED
CALLED 41.15 ACRES
VOL. 357, PG. 375 DRSC

**(4)**

ROBERTO RODRIGUEZ, ET AL
CALLED 12.8 ACRES
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 2)

ALEJANDRO RODRIGUEZ, JR., ET AL
PROBATE
CAUSE NO. PR-93-3

ROSITA R. LAUREL, ET AL
AFFIDAVIT OF DEATH
& MARITAL HISTORY
VOL. 596, PG. 784 DRSC

EDWARD ALLEN BALLI, ET AL
DEED OF GIFT
VOL. 707, PG. 239 DRSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
& DEATH
DOC. NO. 2002-326928 ORSC
DOC. NO. 2020-358285 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
DOC. NO. 2015-326572 ORSC

MARIA JESUS R. URGUIDEZ, ET AL
PROBATE
CAUSE NO. PR-05-031

ROBERTO RODRIGUEZ
WARRANTY DEED
VOL. 1072, PG. 834 DRSC

DAVID A. RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1232, PG. 614 DRSC

NICOLAS BALLI, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1371, PG. 743 DRSC

LUCIA A. GARZA, ET AL
PROBATE
CAUSE NO. PR-10-46

EDNA P. RODRIGUEZ
PROBATE
CAUSE NO. 2015-PR-00188-2

**(11)**

DIONICIO R. GARCIA
& ADARBEA S. GARCIA
CALLED 6.25 ACRES
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 434, PG. 635 DRSC
(TRACT No. 1)

ROSALIO R. RAMIREZ, ET AL
(PROBATE CAUSE NO. 1415)

MARIA RODRIGUEZ
(UNDIVIDED 1/4 INTEREST)
QUITCLAIM DEED
VOL. 426, PG. 153 DRSC

NOELIA R. COLIN
& NOE RODRIGUEZ, JR.
AFFIDAVIT OF HEIRSHIP
VOL. 1531, PG. 446 DRSC

**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
Texas BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019400
574 HARPER ROAD, SUITE 104 · KERRVILLE, Tx 78028 · 830-816-1616

| METES & BOUNDS SURVEY | | |
| --- | --- | --- |
| MARIA JESUS R. URGUIDEZ, ET AL | | |
| TRACT No. RGV-RGC-8015 | | |
| STARR COUNTY | | TEXAS |

MDS PROJ. NO. 23-800-00    FILE NAME: RGV-RGC-8015    DATE: 2/2/2024

DRAWING Ref. No.   SHEET 5 OF 8

| Mark | Description | Date | Appr. |
| --- | --- | --- | --- |
| | | | |

CONTRACT NO. W91278-14-D-0015
T.O.: W91278-18-F-0139

| | BY | DATE |
| --- | --- | --- |
| Drawn | LMK | 3/24 |
| Checked | LMK | 3/24 |
| Surveyed | JOB | 3/24 |
| Fld.Bk. # | 155555-74-88 | |


ENGINEERING, INC.
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(844) 501-787-2285
(540) 501-787-8888
(EMAIL) info@bfeng.com


US Army Corps
of Engineers

## SCHEDULE D (Cont.)

⑫
DIONICIO R. GARCIA
& ADARREA S. GARCIA
CALLED 15.8 ACRES
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 434, PG. 635 ORSC
(TRACT No. 2)

ROSALIO R. RAMIREZ, ET AL
(PROBATE CAUSE NO. 1415)

MARIA RODRIGUEZ
(UNDIVIDED 1/4 INTEREST)
QUITCLAIM DEED
VOL. 426, PG. 153 DRSC

NOELIA R. COLIN
& NOE RODRIGUEZ, JR.
AFFIDAVIT OF HEIRSHIP
VOL. 1331, PG. 446 ORSC

⑬
JORGE LUIS PENA,
HEIR OF NOE PENA, DECEASED
CALLED 20.36 ACRES
FINAL JUDGEMENT OF PARTITION
VOL. 1408, PG. 295 ORSC
(PARCEL 11)

⑯
UNITED STATES OF AMERICA
CALLED 580.548 ACRES
WARRANTY DEED
VOL. 609, PG. 258 ORSC
TRACT (B20)"

⑭
VICTOR REYES & LAURA REYES
CALLED 5.29 ACRES
WARRANTY DEED W/
VENDOR'S LIEN
VOL. 1488, PG. 53 ORSC

⑰
EVA R. GARZA
CALLED 2.57 ACRES
PARTITION AGREEMENT
VOL. 434, PG. 412 DRSC
(FIRST, FIRST TRACT)

⑮
AMANDA PENA, ET AL
CALLED 9.76 ACRES
FINAL JUDGEMENT OF PARTITION
VOL. 1408, PG. 295 ORSC
(PARCEL 7)

⑲
NO DEED OF
RECORD FOUND

⑱
UNITED STATES OF AMERICA
CALLED 127.941 ACRES
WARRANTY DEED
VOL. 709, PG. 477 ORSC
TRACT (B26)"



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

| | | | Work Description | Date | Appr. | | BY | DATE | |
|---|---|---|---|---|---|---|---|---|---|
| SHEET | Drawing | **METES & BOUNDS SURVEY** | | | | Drawn | LMK | 3/24 |  |
| 6 OF 8 | Ref No. | **MARIA JESUS R. URGUIDEZ, ET AL** | | | | Checked | LMK | 3/24 | ENGINEERING, INC. |
| | | **TRACT No. RGV-RGC-8015** | | | | Surveyor | JOB | 3/24 | |
| | | | | | | Fld.Bk. # | | | |
| | | **STARR COUNTY                TEXAS** | CONTRACT NO. W91275-14-D-0013 | | | | | | |
| | | | T.O.: W91275-18-F-0139 | | | | | | |

MDS PROJ. NO. 23-000-00     FILE NAME: RGV-RGC-8015     DATE: 2/2/2024

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



| LINE | BEARING | DISTANCE | REC–BEARING | REC–DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 79'19'25" E | 1766.68' | N/A | N/A |
| L2 | N 85'01'17" E | 211.13' | N 85'00'00" E | N/A |
| L3 | N 85'01'17" E | 135.10' | N 85'00'00" E | N/A |
| L4 | S 09'56'17" W | 25.17' | S 02'25'00" W | N/A |
| L5 | N 84'16'09" W | 130.90' | N/A | N/A |

COORDINATE TABLE

| POINT | NORTHING | EASTING | POINT DESCRIPTION |
|-------|----------|---------|-------------------|
| 1 | 16646923.742 | 895714.653 | RGV–RGC–8015–1=8038–1 |
| 2 | 16646935.467 | 895849.247 | RGV–RGC–8015–9=8038–2 |
| 3 | 16646910.670 | 895844.903 | RGV–RGC–8016–1=8038–3 |
| 4 | 16646905.419 | 895504.324 | POC RGV–RGC–8014 8038 |

LEGEND

● 5/8" REBAR W/ "MDS" CAP FOUND  
△ CONTROL POINT  
⊙ FOUND MONUMENT  
–○– UTILITY POLE  
← GUY ANCHOR

─── ACQUISITION BOUNDARY  
───P L─── PROPERTY LINE  
─·─·─·─ ADJOINING ACQUISITION BOUNDARY  
─ ─ ─ ─ EASEMENT LINE  
───HE─── OVERHEAD ELECTRIC  
SEE SHEET 5 & 6

CIV    CONCRETE IRRIGATION VALVE  
CONC   CONCRETE  
DRSC   DEED RECORDS OF STARR COUNTY  
FWS    FWS ALUMINUM DISK FOUND  
IRF    IRON ROD FOUND  
ORSC   OFFICIAL RECORDS OF STARR COUNTY  
PG     PAGE  
POB    POINT OF BEGINNING  
POC    POINT OF COMMENCING  
VOL    VOLUME

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (G.G. GRID X 1.00004000 = SURFACE)
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886–1143.
7. THE NATURAL GAS PIPELINES SHOWN HEREON ARE APPROXIMATE AND ARE BASED ON GIS DATA.
8. TITLE RESEARCH WAS PROVIDED BY ORB–PLS, LLC (DATED JULY 12, 2023).

GRANTORS:

MARIA JESUS R. URGUIDEZ, TERESA R. COTRERAS, ELSA R. WITTENBURG, ANTONIO JESUS REQUENEZ, JR., JOSE JAVIER REQUENEZ, GEORGE NORBERTO REQUENEZ, ALBERTO (ICE) REQUENEZ, LUCIA A. GARZA, ALMA A. ADAM, MARIA MANUELITA OLIVAREZ, ALICIA A. PEREZ, CAROLINA A. KRITOOS, DAVID O. ALVARADO, MARIA GRACIELA BENNACK, FELIX ALVARADO, ROSITA R. LAUREL, DELORES R. CAVAZOS, REBECCA R. GARZA, PETRA R. ALVAREZ, EDNA P. RODRIGUEZ, LINDA RAE BALLI, LIRE ESTATE, NICOLAS RAMON BALLI, ANN MARGRET BALLI, ANNA JEAN MARTINEZ, DEBRA GAIL BALLI, DONALD DAVIS BALLI, ALEJANDRO RODRIGUEZ, JR., MARICELA R. MARROQUIN, JORGE LUIS RODRIGUEZ, GABRIEL RODRIGUEZ, LUCIA R. GARZA, CONSUELO R. HINOJOSA, ALBERTO RODRIGUEZ, ROBERTO RODRIGUEZ, DAVID A. RODRIGUEZ, RUEL A. RODRIGUEZ, SANDRA R. RUIZ & EDWARD RODRIGUEZ



LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

| | METES & BOUNDS SURVEY | | | | BY | DATE |
|---|---|---|---|---|---|---|
| | MARIA JESUS R. URGUIDEZ, ET AL | | Drawn | LMK | 3/24 |
| | TRACT No. RGV·RGC·8038 | | Checked | LMK | 3/24 |
| | STARR COUNTY    TEXAS | | Surveyor | JDB | 3/24 |



MDS PROJ. NO. 23-800-00    FILE NAME RGV-RGC-8038    DATE 3/2/2024

## SCHEDULE D (Cont.)

**①**

ROBERTO RODRIGUEZ, ET AL
CALLED 12.8 ACRES
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 2)

ALEJANDRO RODRIGUEZ, JR., ET AL
PROBATE
CAUSE NO. PR-93-3

ROSITA R. LAUREL, ET AL
AFFIDAVIT OF DEATH
& MARITAL HISTORY
VOL. 596, PG. 784 DRSC

EDWARD ALLEN BALLI, ET AL
DEED OR GIFT
VOL. 707, PG. 239 DRSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
& DEATH
DOC. NO. 2002-326828 DRSC
DOC. NO. 2020-358285 DRSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
DOC. NO. 2015-326572 DRSC

MARIA JESUS R. URGUIDEZ, ET AL
PROBATE
CAUSE NO. PR-05-031

ROBERTO RODRIGUEZ
WARRANTY DEED
VOL. 1072, PG. 834 DRSC

DAVID A. RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1232, PG. 614 DRSC

NICOLAS BALLI, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1371, PG. 743 DRSC

LUCIA A. GARZA, ET AL
PROBATE
CAUSE NO. PR-10-46

EDNA P. RODRIGUEZ
PROBATE
CAUSE NO. 2015-PR-00185-2

REMAINING AREA: 12.762 ACRES

**②**

MARIA JULIA R. PEREZ, ET AL
CALLED 4.58 ACRES
PARTITION DEED
VOL. 427, PG. 502 DRSC
(SECOND TRACT, TRACT 7)

ELENA RODRIGUEZ REQUENEZ, ET AL
(UNDIVIDED 5 INTEREST)
CALLED 4.58 ACRES
QUITCLAIM DEED
VOL. 434, PG. 214 DRSC

LAZARO RODRIGUEZ, ET AL
(UNDIVIDED 5 INTEREST)
REST ONE-HALF OF
CALLED 4.58 ACRES
WARRANTY DEED
VOL. 1072, PG. 825 DRSC

**④**

ROBERTO RODRIGUEZ, ET AL
CALLED 17.5 ACRES
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 1)

ALEJANDRO RODRIGUEZ, JR., ET AL
PROBATE
CAUSE NO. PR-93-3

ROSITA R. LAUREL, ET AL
AFFIDAVIT OF DEATH
& MARITAL HISTORY
VOL. 596, PG. 784 DRSC

EDWARD ALLEN BALLI, ET AL
DEED OR GIFT
VOL. 707, PG. 239 DRSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
& DEATH
DOC. NO. 2002-326828 DRSC
DOC. NO. 2020-358285 DRSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
DOC. NO. 2015-326572 DRSC

MARIA JESUS R. URGUIDEZ, ET AL
PROBATE
CAUSE NO. PR-05-031

ROBERTO RODRIGUEZ
WARRANTY DEED
VOL. 1072, PG. 834 DRSC

DAVID A. RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1232, PG. 614 DRSC

NICOLAS BALLI, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1371, PG. 743 DRSC

LUCIA A. GARZA, ET AL
PROBATE
CAUSE NO. PR-10-46

EDNA P. RODRIGUEZ
PROBATE
CAUSE NO. 2015-PR-00185-2

**⑤**

EVA R. GARZA
CALLED 1.17 ACRES
PARTITION AGREEMENT
VOL. 434, PG. 412 DRSC
(FIRST, SECOND TRACT)

**⑦**

NO DEED OF
RECORD FOUND

**③**

MARCELO MONTALVO
WARRANTY DEED
CALLED 41.15 ACRES
VOL. 357, PG. 375 DRSC

**⑥**

ENCARNACION J. RODRIGUEZ
CALLED 3.74 ACRES
PARTITION AGREEMENT
VOL. 434, PG. 412 DRSC
(FOURTH)

**⑧**

ASCENCION R. CHAPA
CALLED 3.74 ACRES
PARTITION AGREEMENT
VOL. 434, PG. 412 DRSC
(FIFTH)

**⑨**

TRINIDAD RODRIGUEZ, JR.
CALLED 3.74 ACRES
PARTITION AGREEMENT
VOL. 434, PG. 412 DRSC
(SIXTH)

**⑩**

MARIA JULIA R. PEREZ,
ASCENCION R. CHAPA,
EVA R. GARZA,
LAZARO RODRIGUEZ,
TRINIDAD RODRIGUEZ JR.
& ENCARNACION J. RODRIGUEZ
CALLED 1.24 ACRES
PARTITION DEED
VOL. 427, PG. 502 DRSC
(THIRD TRACT, TRACT 10)

**⑪**

DIONICIO R. GARCIA
& ADAMES A. S. GARCIA
CALLED 6.25 ACRES
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 434, PG. 635 DRSC
(TRACT No. 1)

ROSALIO R. RAMIREZ, ET AL
(PROBATE CAUSE NO. 1415)

MARIA RODRIGUEZ
(UNDIVIDED 1/4 INTEREST)
QUITCLAIM DEED
VOL. 426, PG. 153 DRSC

NOELIA R. COLIN
& NOE RODRIGUEZ, JR.
AFFIDAVIT OF HEIRSHIP
VOL. 1331, PG. 446 DRSC



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

**METES & BOUNDS SURVEY**
**MARIA JESUS R. URGUIDEZ, ET AL**
**TRACT No. RGV-RGC-8038**
**STARR COUNTY          TEXAS**

Drawing Ref. No. SHEET 5 OF 8

| Mark | Description | Date | Appr. |
| --- | --- | --- | --- |
| | | | |

| | BY | DATE |
| --- | --- | --- |
| Drawn | LMK | 3/24 |
| Checked | LMK | 3/24 |
| Surveyor | JDS | 3/24 |
| Fld. Bk. # | 188588-T4-B8 | |

CONTRACT No. W61275-14-D-0013
T.O.: W61275-18-F-0139





BGE ENGINEERING, INC.

MDS PROJ. NO. 23-800-00     FILE NAME: RGV-RGC-8038     DATE: 3/2/2024

**SCHEDULE D (Cont.)**





## SCHEDULE D (Cont.)



**SCHEDULE D (Cont.)**



Tracts:  RGV-GC-8015 , RGV-RGC-8038
Owner:  Roberto Rodriguez, Jr., *et al.*
Acreage:  0.139

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-8015, RGV-RGC-8038
Owner:  Roberto Rodriguez, Jr., *et al.*
Acres:  0.139

Tract:  RGV-RGC-8015

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

Tract:  RGV-RGC-8038

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Affidavit of Heirship recorded in Volume 434, Page 202, Deed Records of Starr County, Texas and being further described in Volume 434, Page 207, Deed Records of Starr County, Texas (Tract 2) reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land(s) being taken is TWENTY-ONE

THOUSAND NINE HUNDRED TWENTY-THREE DOLLARS AND 00/100

($21,923.00), to be deposited herewith in the Registry of the Court for the use and benefit

of the persons entitled thereto.

**TRACT RGV-RGC-8015:**

The sum estimated as just compensation for the land acquired is SIX
HUNDRED FIFTY-SEVEN DOLLARS AND 00/100 ($657.00).


**TRACT RGV-RGC-8038:**

The sum estimated as just compensation for the land acquired is TWENTY-
ONE THOUSAND TWO HUNDRED SIXTY-SIX DOLLARS AND 00/100
($21,266.00).

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Alberto Rodriguez** ▮▮▮ Rio Grande City, TX ▮▮▮ | Affidavit to the Public, Document No. 1959-51776, recorded on October 28, 1959, in the Public Records of Starr County, Texas. |
| **Consuelo R. Hinojosa** ▮▮▮ Rio Grande City, TX ▮▮▮ | Warranty Deed, Document No. 1962-57170, recorded on March 13, 1962, in the Public Records of Starr County, Texas. |
| **Maricela R. Marroquin** ▮▮▮. Rio Grande City, TX ▮▮▮ | Partition Deed, Document No. 1980-103077, recorded on March 19, 1980, in the Public Records of Starr County, Texas. |
| **Jorge Luis Rodriguez** ▮▮▮ Rio Grande City, TX ▮▮▮ | Affidavit to the Public, Document No. 1980-105547, recorded on November 19, 1980, in the Public Records of Starr County, Texas. |
| **Gabriel Rodriguez** ▮▮▮ Kingsville, TX ▮▮▮ | Quitclaim Deed, Document No. 1980-105548, recorded on November 19, 1980, in the Public Records of Starr County, Texas. |
| **Mariana Gil** ▮▮▮ Rio Grande City, TX ▮▮▮ | Affidavit, Document No. 1989-148151, recorded on June 22, 1989, in the Public Records of Starr County, Texas. |
| | Last Will and Testament for the Estate of Alejandro Rodriguez, No. PR:93-3, recorded on February 8, 1993, in the Public Records of Starr County, Texas. |
| | Partition Agreement, Document No. 1997-194494, recorded on December 22, 1997, in the Public Records of Starr County, Texas. Warranty Deed, Document No. 2005-252017, recorded on December 7, 2005, in the Public Records of Starr County, Texas. |

| | |
|---|---|
| | Warranty Deed, Document No. 2005-252018, recorded on December 7, 2005, in the Public Records of Starr County, Texas.<br><br>Affidavit of Heirship of Alejandro Rodriguez, Jr, deceased, Document No. 2022-372011, recorded on October 14, 2022, in the Public Records of Starr County, Texas. |
| **Maria Jesus R. Urguidez**<br>██████████████<br>Austin, TX ██████<br><br>**Teresa R. Contreras**<br>██████████████<br>McAllen, TX ██████<br><br>**Elsa R. Wittenburg**<br>████████████<br>San Isidro, TX ██████<br><br>**Antonio Jesus Requenez, Jr.**<br>██████████████<br>Rio Grande City, TX ██████<br><br>**Jose Javier Requenez**<br>██████████<br>Delmita, TX ██████<br><br>**George Norberto Requenez**<br>██████████<br>Santa Elena, TX ██████<br><br>**Alberto Joel Requenez**<br>██████████<br>San Isidro, TX ██████ | Last Will and Testament for the Estate of Elena R. Requenez, No. PR:05-031, recorded on September 20, 2005, in the Public Records of Starr County, Texas. |
| **Lucia A. Garza**<br>██████████<br>Santa Elena, TX ██████<br><br>**Alma A. Adam**<br>██████████████ | Last Will and Testament for the Estate of Esther R. Alvarado, No. PR:10-46, recorded on January 25, 2011, in the Public Records of Starr County. |



Delmita, TX ████

**Maria Manuelita Olivarez**
████████████
Santa Elena, TX ████

**Alicia A. Perez**
████████████.
Corpus Christi, TX ████

**Carolina A. Kriticos**
████████████████
McKinney, TX ████

**David D. Alvarado**
████████████
Delmita, TX ████

**Maria Graciela Bennack**
████████████
Lyford, TX ████

**Felix Alvarado**
████████████
Emory, TX ████

| | |
|---|---|
| **Roberto Rodriguez, Jr.**<br>████████████<br>Corpus Christi, TX ████<br><br>**David A. Rodriguez**<br>████████████<br>Corpus Christi, TX ████<br><br>**Roel A. Rodriguez**<br>████████████<br>Mathis, TX ████<br><br>**Sandra R. Ruiz**<br>████████████<br>Mathis, TX ████<br><br>**Edward Rodriguez**<br>████████████ | Affidavit of Heirship of Roberto Rodriguez, deceased, Document No. 2009-282187, recorded on April 20, 2009, in the Public Records of Starr County, Texas. |

| | |
|---|---|
| San Antonio, Texas ██ <br><br> **Edna P. Rodriguez** <br> ████████ <br> Corpus Christi, TX ██ | Last Will and Testament of Noe Rodriguez, Document No. 2015018123, recorded on May 15, 2015, in the Public Records of Nueces County, Texas. |
| **Gloria R. Villarreal** <br> ██████ <br> Delmita, TX ██ <br><br> **Rosita R. Laurel** <br> ██████ <br> Pharr, TX ██ <br><br> **Maria Dolores R. Cavazos** <br> ██████ <br> Dallas, TX ██ <br><br> **Rebecca R. Garza** <br> ████ <br> Delmita, TX ██ <br><br> **Petra R. Alvarez** <br> ████ <br> Santa Elena, TX ██ | Affidavit of Death and Marital History of Santos Rodriguez Rojas, Document No. 1989-148049, recorded on June 14, 1989, in the Public Records of Starr County, Texas. <br><br> Quitclaim Deed, Document No. 1989-148050, recorded on June 14, 1989, in the Public Records of Starr County, Texas. <br><br> Affidavit of Death and Heirship of Ascencio Rojas, Document No. 2002-226828, recorded on December 16, 2002, in the Public Records of Starr County, Texas. <br><br> Affidavit of Heirship of Santos R. Rojas, Document No. 2015-326572, recorded on October 26, 2015, in the Public Records of Starr County, Texas. <br><br> Affidavit of Heirship of Asencio Rojas, Document No. 2020-358285, recorded on October 15, 2020, in the Public Records of Starr County, Texas. |
| **Esperanza R. Juarez** <br> ████ <br> San Antonio, TX ██ | Warranty Deed, Document No. 2005-246964, recorded on June 2, 2005, in the Public Records of Starr County, Texas. |
| **Eduardo Juarez** <br> ████ <br> San Antonio, TX ██ | Warranty Deed, Document No. 2005-246964, recorded on June 2, 2005, in the Public Records of Starr County, Texas. |
| **Anna Jean Martinez** <br> ████ <br> Austin, TX ██ | Deed of Gift, Document No. 1994-173373, recorded on November 29, 1994, in the Public Records of Starr County, Texas. |

| | |
|---|---|
| **Debra Gail Balli**<br><br>San Antonio, TX | Deed of Gift, Document No. 1994-173373, recorded on November 29, 1994, in the Public Records of Starr County, Texas. |
| **Donald Davis Balli**<br><br>San Antonio, TX | Deed of Gift, Document No. 1994-173373, recorded on November 29, 1994, in the Public Records of Starr County, Texas. |
| **Nicolas Ramon Balli**<br><br>Seguin, TX | Deed of Gift, Document No. 1994-173373, recorded on November 29, 1994, in the Public Records of Starr County, Texas. |
| **Ann M Kimble (aka Ann Margret Balli)**<br><br>Goodyear, AZ | Affidavit of Heirship of Edward Allen Balli, deceased, Document No. 2013-309663, recorded on February 19, 2013, in the Public Records of Starr County, Texas. |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Room 201<br>Rio Grande City, Texas 78582 | RGV-RGC-8015, RGV-RGC-8038<br>Tax Authority Account Nos.: 0052249, 0052253, 0052252, 0023035, 0052251, 005920, 0000429 & 0001200 |